UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21897-CIV-WILLIAMS

DESIREE GOODE,

    Plaintiff,

vs.

CARNIVAL CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING JOINT STIPULATION OF DISMISSAL AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' notice of settlement (DE 12) indicating that the Parties have reached a settlement in this matter. Accordingly, it is **ORDERED AND ADJUDGED** that on or before **May 28, 2018,** the Parties shall file a joint stipulation to dismiss. If the Parties wish for the Court to retain jurisdiction, they are advised that they **must** submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of April, 2018.

                                                    KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE